UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RICHARD G. BRUCHI, ET AL.**                      **CIVIL ACTION**

**VERSUS**                                          **NO. 16-15755**

**AUDUBON FIELD SOLUTIONS, LLC**                   SECTION "B"(4)

ORDER

Considering the foregoing "Joint Motion for Dismissal With Prejudice" (Rec. Doc. 13),

**IT IS ORDERED** that the motion is **GRANTED** and that the above captioned matter be **DISMISSED WITH PREJUDICE**, with the parties bearing their own attorneys' fees and costs.

New Orleans, Louisiana, this 24th day of May, 2017.

_____
SENIOR UNITED STATES DISTRICT JUDGE